## United States District Court
## Western District of New York

Jose Orraca
    Plaintiff

  -V- **D.O.C.S.**

Augustine
Onifer
Crawfor
Ceccee
Wetmore
    Defendants

In their individual and official capacity.

42 U.S.C. 1983
Civil Action Complaint

Jury Demanded

**10 CV 840** M



UNITED STATES DISTRICT COURT
FILED
OCT 25 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

Jose Orraca, Pro-se Plaintiff for the Complaint against the Defendants: Augustine, Correctional officer (1) Onifer Correctional officer (2) Crawford, correctional officer (3) Ceccee, Correctional officer (4) and Wetmore, D.A. District Attorney: Alleges as fallows.

## -Jurisdiction, and Venue-

1) This honorable Court has Jurisdiction over this Action under 28 U.S.C. 1331 (3) And (4) the Matter in Controversy Arose under 42 U.S.C. 1983.

2). VENUE properly lies in this DISTRICT Pursuant to 28 U.S.C. 1391 (b)(2) because the EVENT given rase to this Case of action occorred at Southport Correctional facility, which is located within the WESTERN District of New York.

## -PARTIES-

3). Plaintiff: JOSE OTTACA, is and was at all times releven to the complant hereto a PRISONER in Costody of the State of New york Department of Correctional Southport Correctional facility

4) DEFENDANT: AUGUSTINE, is and was all times Relevant to the Complaint hereto a Correctional officer of the State of New york Department of Correctional Southpont Correctional facility.

5) Defendant: ONIFER, is and was at all time relevant to the Complaint hereto a Correctional officer of the State of New york Department of correctional Southport Correctional facility.

6). Defendant: <u>Crawford</u>, is, and was at all times relevant to the Complaint hereto a Correctional officer of the State of New York Department of Correctional Southport Correctional Facility.

7). Defendant: <u>Ceccee</u>, is, and was at all times relevant to the Complaint hereto a Correctional officer of the state of New York Department of Correctional Southport Correctional facility.

8). Defendant: Metmore is, and was at all time relevant to the Complaint hereto a District Attorney of the State of New York at 226 Lake, St. Elmira N.Y. 14902.

## <u>Grievances file by the Plaintiff.</u>

9). the Plaintiff file and fully exhausted his <u>Grievance mechanism</u> on each of the claims. Allegations of the employees. After exercising the obligation Plaintiff Reported the incidents to <u>Supervisor, Mental health</u> and file a felony Complaint with the <u>D.A. Mr Wetmore</u> At 226 Lake St. Elmira N.Y. 14902. And After been threatened by employees the Plaintiff was discourage to Proceed with the Complaint, any further with the <u>D.O.C.S</u> And file Civil Action 1983. See: Grievances Spt-48739-10. Spt-45581-08. Spt-45687-08. Spt-47786-09. Spt-47550-09. Spt-48855-10. Spt-48802-10

-3-

# STATEMENT of FACTS

On february 18th 2010, The Plaintiff Jose Orraca. was revoved unlawfuly from the medical unit B-2-11 cell to A-11-19 cell.

(10) Correctional officer Augustine, Approached the Plaintiff real close from behind with his face by Plaintiffs left ear with his right hand on the Plaintiffs 'Butt' And his left hand in the Plaintiff "Penis" Augustine WAS unsoliciteded touching the Plaintiffs "Buttack" And "Penis" making propositions and wisporing sexual comments to the Plaintiff. The Plaintiff turned to faced the officer Augustine, And told the officer that "I am not into men's more than once." officer Augustine, violently, maliciously. And in bad faith for the very intentional purpose of inflicting harm to the Plaintiff "Rushed" the Plaintiff against the "wall" Excessively. which as the result the Plaintiff suffered A Laceration about the "head" the Plaintiff was at all times Chainned. handcuffed.

(11). Correctional officer: Augustine (1) Correctional officer: Onifer (2) Correctional officer: Crawford (3) violated the Plaintiffs constitutional rights to be free from cruel, and unusual Punishment. As fellow: the Plaintiff at al times was handcuffed restrained. with chains, And with one Correctional officer holding the Plaintiff in each side securiting all of Plaintiffs movements which the Plaintiff Possed no threats what so ever to the Correctional officer. The Correctional officers Augustine, Onifer, And Crawford Walked the Plaintiff to the shower where Correctional

12). OFFICER; Augustine, with the help of officer; Onifer "UNzipped the Plaintiffs' "Pents" the Plaintiff with No defence do to the Chains And handcuffs throw himself in the floor in fear and frustration because of the sexual Assault. And Proposition made by officer Augustine officer: Onifer. And Augustine "Pick up" the Plaintiff from the floor, and sitted the Plaintiff down in the shower bench, officer. Onifer, Positioned himself behind officer: Agustine "ENGAGING IN sexual intercorse" officer, Augustine, unsolicitated touched the Plaintiffs' "Penis" and when the Plaintiff refused officer Augustine's sexual fantasy, officer, Augustine, Assaulted the Plaintiff Physically for not willinglly Participating in their sexual Fantasy.

13) Correctional officer, Augustine knowing of his "Power" forced the Plaintiff into Physical sexual act. by Performing unsolicitated "fellatio" (oral sex) on the Plaintiff ever say anything about the MATTER: officer: Onifer "changed "Position with officer, Augustine "ENGAGING IN sexual intercorse "And Performing unsolicitated Fellatio "Sex "on the Plaintiff. officer: Augustine. wrote a misbehavier report against the Plaintiff "to cover up his actions" knowing that Plaintiff would file charges against the officers.

14) Crawfor, at all times at the shower door yelling, and screaming at the two officers, Onifer and Augustine that He was against their fantasy. And against their bizarre behavior. That he wanted no parts of it, and that They were crazy. but did nothing to stop it. Nor Did Not Colled a Supervisor to stop the Physical

14-A). And sexual Assault officer: Crawford. Also WARNed officers ONiffer, and Augustine that he was not about to lose his Job over their Homosexual Fantasy.

15) AT Plaintiffs Arrival at southport Correctional facility befriended A. Correctional officers, Ceccee, who was always Nice, and seen very friendly untill one day officer: Ceccee, confesse that before he worked as a Correctional officer, he worked in "Porno" and that was his reasons for to bid for the shower Job. that MENS in underware OR NAked mens of color coused sexual excitment to him, And that he love it. he officer: Ceccee, when on to say that when he was '18' years old "the best Job he ever had was to keep the 'male "Porno STARS" ERECt." In desbelief the Plaintiff asked officer Ceccee what did he ment by keeping the male "Porno-stars" ERECt "? I Give them head "he say between takes, and They Pay me "well "for what I Loved to do." but "I decided to go for the Correctional officer's Job because They have better benefits "And I CAN work every day. and do lots of over times. The Plaintiff was sick to the stomach. officer: Ceccee also say that they have a Knit offags "in south punk us. Girls. Take care of each other, and never go against our own. the Plaintiff Decided to stop the friendship with these sick individual in A way that was not going to harm or hunt the Plaintiff for all that the Plaintiff already know about the officer the Plaintiff must Played safe.

16) the Plaintiff has nothing against 'Gay 'People but belives that is not Normal. And will keep his oppinion to himself.

17) officer: Ceccee also confesed that several of them in Southport gave the mens that they want for themselves, or the mens that they like the best "Job" and tha at times they provide them with thing that are not allowed in Southport. officer Ceccee also stated to the Plaintiff that he should go up to the third floor with (his Girls) that it would be easier for thing up in the Third Floor to happen, and that the Plaintiff would be taken care off Nicely. the Plaintiff refused officer Ceccee's advances And told officer Ceccee that I would never do such of thing the Plaintiff has a beautiful "wife" and the Plaintiff is not into mens at all. officer Ceccee continue to make advances And tried to convince the Plaintiff to more to the third foor.

18) you are moving "up" to the third floor OrrACA! officer Ceccee said more as an "Order" on or about January 29th 2010, The Plaintiff returned from a cour trip, and was Directly sent to the Third Floor: Just the way officer Ceccee told Plaintiff before Plaintiff court trip. confused the Plaintiff Asked the Sergeant why these move to the third floor? the Plaintiff told the Sergeant that his cell was in B-2-11". Not any more" the sergeant answered the Plaintiff. In disbelieve of the "Power" the Correctional Homosexuals had at Southport the Plaintiff once more confronted the sergent, and asked to Please make a Phone call. because it was inposible for the Plaintiff to walk up the stairs to the Third Floor with All the Property. And Legal work, The Plaintiff has knee's and hips injuries from the officers assault.

19) listen to me "MR orraca" the sergeant "say" the move is not going to be changed "you" either go up "or go" down "to level (1) one with a misbehavior report for refusing movement and controle, office Augustine, came to the Plawtiff cell A-10 Gallery" to move me there up in the third floor. "Relax Orraca" officer Augustine told the Plawtiff everything is going to be okay, The Plawtiff became frustrated, and fearful "Now" the Plawtiff understood that this "gay "Correctional officer were trully" Powerful "in Southport, once more, and out of fear the Plawtiff called the sergeant and told the sergeant the truth about these "fags" the Plawtiff was Amazed to find out that even the sergeant "know" About the KKK world of homosexuals working in Southport. The Plawtiff heard the sergeant said under his breth, This fucking fags "The Sergeand left my cell, and came back. Five (5) minutes later with a very bad Attitud. Saying to "himself" whoever had something to do with this shit, is going to Pay! Come on ORRACA "you cannot stay up in this floor you have a flat medical order. No shit sgt", The Plawtiff unswer back. three (3) Correctional officer came to my cell, the sergeant was Talking to officer Ceccee in a loud boice "can Any one here explaint to me how I got my self in this shit? And how ORRACA end up in the third floor? None say Nothing. At Soon as the sergeant left, officer <u>Ceccee</u> whent off he looked crazy, <u>orraca</u>! you would not be in this gallery long Asshole" you made me look bad real fucking bad and you're going to Pay for it, Ceccee wrote a <u>Concocted</u> misbehavior report, and Assaulted "the Plawtiff on Plawtiff way to the shower on february 2010

20). AT the Plaintiffs hearing the hearing officer already know about the incident, and about the misbehavior report. The Plaintiff was shock to know that even the hearing officer know about this homosexuals" the Plaintiff asked the hearing officer if he know that Correctional officer, Ceccee was a FAG? "I know all about Ceccee he say to my disbelieft the hearing officer, and he wears blue like "me" whatever the officer do with his Personal life is not my Consern." Now" I am going to fund you guilty of the misbehavior report, but I am not moving you from the "Gallery" = stay away from Ceccee okay." How can the Plaintiff stay away, From Ceccee Sir? if you're sending the Plaintiff back to the officer Gallery? stay away from him that all. At soon as officer. Ceccee sow the Plaintiff coming back for the second time to the Gallery the officer whent "ballistic upset" or racq you want be here long. The Plaintiff was packet away and sent back. to A-11-19 Cell on february 18th 2010. See: PaGE ONE "of the statement of facts, Paragraph (11th)

21) the Plaintiff file a-GRIEVANCE-knowing that Plaintiffs life was, and is in danger of retaliation from the officers mentioned Above however the Plaintiff believes that these Homosexuals hadto be stoped.

22) The Plaintiff "stoped mentalhealth" who called the supervisor Deputy Superintendent of security Ms. Sheahan who turned the blind side to the facts. "sheahan" responded in favur of his officers with Confusing statements about other officer names that had nothing to do with the

21A) Assault. on february 24th 2010, the Plaintiff Personally Talk with ms Sheahen. and asked the Supervisor why he was Covering for wrong dour's Homosexuals? Ms Sheahen, have Cover up for the three homosexuals. Augustine, onifer, and ceccer against the Plaintiff because the Plaintiff is a Prisoner, and who with much fear have suffered the retaliation of a 'memo' written by MR. Sheahen on february 25th 2010. were MRSheahen have shown Some tangible Connection with the homosexual whom have violated the Plaintiff rights to be free from cruel and unusual Punishment wich is a violation of the Contitutional Amendment Eight (8th) And fourteeth (14th) constitutional Right.

22) the Plaintiff IN fear for his life, and safty a felony Complaint for sexual assault. And Rape IN the D.A. District Attorneys office of the honorable: weeden A. wetmore, at 226 Lake St. Elmira N.Y. 14902. the Plaintiff mailed a true Copy of the felony Complaint to the honorable: steven w furrest Judge. of Elmira Court, and to the honorable: Thomas E Ramich, Judge of the Elmira Court. to no avail. the Plaintiff IN fear follow up with a Pleading letter dated May 27th 2010 to the honorable wetmore, stating that the Plaintiff is being Harrased and that his life was IN danger. which the Plaintiff have found himself IN ad pocisions the Plaintiff Never heard. from the D.A.

23). During the assaults. Sexually and Physically the Plaintiff was at all time helpless in shackles and in hand iron there was nothing that the Plaintiff could have done to harm the officers and there was not much that the Plaintiff could have done of Anything to cause any truble to the defendants, Neither the Plaintiff could have done to defend himself from the sexual nor the Physical assault which amounted to cruel in human degranding which have a detremental Physical And mental effect on the Plaintiff, the statement made by the deputy Superintendent of Security Mr. Sheahan on his memorandum Dated february 25th 2010, is not difficult to imagene, the scenario of the officers sexual behavior And assault, and the scenario of the Deputy Superintendent of Security in which his "memo" statement can be compromise in order, and in efford to protect his "fags" As correctional officers, and "cover up" for the officers is unjust. Mr. Sheahan Discriminatory consideration against the Plaintiff, his lack of Leadership his Poor managshment of employees, are, and should be of Particular consern to the court.

## FIRST CASE OF ACTION
## EXCESSIVE FORC, SEXUAL ASSAULT

24). Plaintiff, JOSE OTTACA, Allege, and incorporate by reference to his allegations in Paragraphs (1) one through (24) twenty four as fully restated herein:

25). Defendent: Augustine, violated the Plaintiffs Jose ottaca constitutional rights to be free from excessive force Sexual Assault, And cruel, and unusual Punishment: on february 18th 2010, by Assaulting the Plaintiff sexvally And physically in a maliciously, and handcuffed the Assault was performed for no other reason than for sexval sasticfaction to the Defendant. In violation of the Plaintiff Constitutional Rights (8th) Eight and (14th) fourteenth amendment.

26). Defendant: ONIFER, violated the Plaintiffs constitutional Rights to be free from excessive force. Sexual ASSAUH and Cruel and unusual Punishment of february 18th 2010, by Assaulting the Plaintiff sexvally, and physically the Assaults were carried out in bad faith, Sadistically, And Maliciously for the very Perpose of inflicting bodily harm furthermore the Assault was performed for no other reason than sexval Sasticfaction to the defendant, and was rather unnecessary cruel, and unusual Punishment in violations of the Plaintiffs Constitutional Right Amendment (1st) first (8th) Eighth And (14th) fourteenth.

-12-

27). DEFENDANT: Crawford, violated the Plaintiffs Constitutional rights to be free from excessive force, And sexual Assault of february 18th 2010, by Serving as the other officer, Augustwe, and ONifER Lookout and not stoping the sexual, and Physical Assault upon the Plaintiff, and for not alerting the supervisor to stop the Assault.

28) Defendent: Ceccee. Violated the Plaintiffs Constitutional rights to be free from excessive force. And Cruel, and unusual Punishment by Assaulting the Plaintiff on February 1st 2010, by setting the Plaintiffs up to be Sexually Assaulted on February 18th 2010, and on Junuary 29th 2010. Unlawfully Sending the Plaintiff out of the medical unit to the third Floor.

29). DEFENDENT: Wetmore, violated the Plaintiff Constitutional rights to be free from Cruel, And unusual Punishment by denying the Plaintiff Protection of the law. Mr. wetmore was deliberately indifferent to the rish of the Plaintiff safty in violation of the Eight (8th) Amendment. And Negligence.

- INJURIES SUSTAINED -

30) As a result of the defendents Assault use of excessive force and sexual Assault forced on the Plaintiff while being on hand cuffe and w foul restrains the Plaintiff suffered extreme Pain from lacerations, bruises, swelling, Echymosis, Abrasion, and other injuries, about the face, wrist, neck, Also the sexual Assault cause the Plaintiff severe emotional And Psychological harm and humiliation for no other reasons than to show the Plaintiff that they can do what they say, And get away with it. The Plawtiff Suffering mental, And emotional distress

-13-

## -DAMAGES-

WereFore: the Plaintiff request that this honorable court Declare, that the Act "complaned herein are in violation of the Plaintiff Right under the Constitutional Constitution, and laws of the United States.

Enter, Judgement in favor of the Plaintiff for Actual Compensatory including Consequential damage in the Amount of one (1) million five (5) hundre thousand dollars $ 1.500.000.00. Agaist defendants Jointly and Severally to compensate the Plaintiff for his extrem Pain And Suffering, and other harships arising from the defendants Sexual, and Physical, And mental Assault.

Enter, Judgement in favor of the Plaintiff in the Amount of one (1) million three (3) hundred thousand dollars $ 1.300.000.00. Punitive damage against each defendant with the exception of defendan Ceccee against whom Punitive damage to be five (5) million dollars, $ 5.000.000.00. are to BE- assessed.

Award the Plaintiff the cost of this action including reasonable, Attorney fees if Attorney ank appointed to the Plaintiff.

Respectfuly

Jose ORRACA #9349300
Soopthpor Corr. fac.
P.o. Box 2000
Pine city, N.Y. 14871

Oct 21st 2010

-14-

Jose Orraca #93A9300
SouthPort Corr. fac
P.O. Box 2000
Pine City N.Y. 14871

OCT 25 2010

10 CV 840 M

Oct 21st 2010

HON: Mr. Michael J. ROEMER
United States District Clerk.

Dear HON: ROEMER

enclose Please find (6) six 1983 forms for filing Please
stamp one and forwar it to me stamped and file.
(6) Marshal forms, six. (1) one inmate Authorization form
And (1) one in forma PauPeris form.

thank you for your time and consideration

ReSpectfully
Jose Orraca